**E. H. HORTON, Appellant, v. STATE of Texas, Appellee. (No. 12670.)**

Court of Criminal Appeals of Texas. June 26, 1929.

Rehearing Denied Oct. 23, 1929.

See, also, 20 S.W.(2d) 1110.

Maury Hughes, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, aggravated assault; penalty, 60 days' imprisonment in the county jail.

The record is bare of any bill of exception or statement of facts. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

On Motion for Rehearing.

MORROW, P. J. The trial was had in the County Criminal Court of Dallas County, on an indictment filed in the Criminal District Court of Dallas County, Texas. An order of the Criminal District Court transferring the indictment to the County Criminal Court is essential to the jurisdiction of the latter. Such is the express terms of the statute, article 419, Code Cr. Proc., 1925.

In the absence of some challenge of the jurisdiction in the trial court, the presumption will be indulged in support of the judgment that the order of transfer was made. The subject is elaborated in the opinion in the case of Lenzen v. State (Tex. Cr. App.) 16 S.W.(2d) 234.

The motion for rehearing is overruled.

**T. C. IVEY, Appellant, v. STATE of Texas, Appellee. (No. 12957.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

T. D. Kimbrough, of Midland, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession of equipment for manufacturing intoxicating liquor; penalty, two years.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Jim JACKSON, Appellant, v. STATE of Texas, Appellee. (No. 13015.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

Alexander & Baldwin, of Fort Worth, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, murder; penalty, seven years.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**R. R. JOHNSON, Appellant, v. STATE of Texas, Appellee. (No. 12963.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

Hamilton, Fitzgerald & Grundy, of Memphis, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is unlawfully carrying a pistol; the punishment, fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.